S. HEKEMIAN & CO., APPELLANT, v. IDA RIVARA ET AL., EXECUTORS, RESPONDENTS.

Argued February 9, 1939—Decided April 21, 1939.

For the appellant, *Breslin & Breslin.*

For the respondents, *Huckin & Huckin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 10.

*For reversal*—None.